**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EOIR HOLDINGS LLC, | ) | |
| Petitioner, | ) ) ) | |
| and | ) ) | 1:09-cv-01707-RWR |
| TECHNEST HOLDINGS, INC., | ) ) ) | 1:09-mc-00490-RWR |
| Respondent. | ) ) ) | |

**JOINT MOTION TO STAY PROCEEDINGS AND [PROPOSED] ORDER**

The Parties, Petitioner EOIR Holdings LLC ("Holdings") and Respondent Technest Holdings, Inc. ("Technest"), jointly move to stay all proceedings in the above-captioned matter for sixty days (60) from the signing of this motion. There is good cause for granting this joint motion, as the stay is necessary to allow the parties time to effectuate settlement of all matters currently before the Court.

WHEREFORE, the parties respectfully request that the Court enter an Order staying the proceedings until December 25, 2009.

Respectfully submitted this 28th day of October, 2009.

EOIR HOLDINGS LLC


/s/   Kenneth C. Smurzynski
Kenneth C. Smurzynski
(DC Bar No. 442131)
WILLIAMS & CONNOLLY LLP
Attorneys for Petitioner EOIR Holdings LLC

                                                          TECHNEST HOLDINGS, INC.

                                                          /s/   Carmine R. Zarlenga
                                                          Carmine R. Zarlenga
                                                          (DC Bar No. 386244)
                                                          HOWREY LLP
                                                          Attorneys for Respondent Technest Holdings, Inc.

**IT IS SO ORDERED.**

Dated: _____                           _____
                                                                        Judge Richard W. Roberts
                                                                        United States District Court Judge